No. 653. BALTIMORE & ANNAPOLIS RAILROAD CO. *v.* CONTINO ET AL. C. A. 4th Cir. Certiorari denied. *R. E. Lee Marshall* for petitioner. *J. Cookman Boyd, Jr.* for respondents.

No. 659. SANTANGELO *v.* SANTANGELO. Supreme Court of Errors of Connecticut. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *William L. Hadden* for petitioner. *David Goldstein* for respondent.

No. 390, Misc. DAYTON *v.* MELLOTT. C. A. 10th Cir. Certiorari denied.

No. 393, Misc. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 395, Misc. BOZELL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 398, Misc. JOHNSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 404, Misc. ADAMS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Price Daniel,* Attorney General of Texas, and *E. Jacobson,* Assistant Attorney General, for respondent.

No. 408, Misc. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.